# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Atlas, Nancy F. | 2. Court or Organization<br><br>U. S. District of Texas, Southern District of Texas | 3. Date of Report<br><br>05/23/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
515 Rusk Street, Room 9015
Houston, TX 77002

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee (Section I Note 1-- see Section VIII) | Trust 2 |
| 4. | Co-Trustee (Section I Note 1-- see Section VIII) | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Task Force Chair | American Bar Association Section of Litigation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. 2016 | | Trustee Fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bar Association, Section of Litigation ("SOL") | 01/07-01/09/2016 | Naples, FL | Winter Leadership Meeting | transportation, lodging, meals |
| 3. | American Conference Institute | 01/14-01/15/2016 | San Jose, CA | Residential Mortgage Conference | transportation, lodging, meals |
| 4. | Administrative Office | 02/16-02/18/2016 | Washington, DC | Pro Se & Death Penalty Law Clerk Steering Meeting | transportation, lodging, meals |
| 5. | American Bar Association, SOL | 03/03-03/05/2016 | Tucson, AZ | Insurance Coverage Litigation Seminar | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | New York University | 03//31-04/02/2016 | New York, NY | Admitted Students Program | transportation, lodging, meals |
| 7. | American Bar Association, SOL | 04/13-04/15/2016 | Chicago, IL | Section Annual Conference | transportation, lodging, meals |
| 8. | Federal Judicial Center | 05/16-05/20/2016 | Berkeley, CA | Special Focus Workshop | transportation, lodging, meals |
| 9. | American Conference Institute | 06/02-06/03/2016 | New York, NY | Bad Faith & Extra-Contractual Litigation Conference | transportation, lodging, meals |
| 10. | American Bar Association, SOL | 06/16-06/18/2016 | Vancouver, BC | Spring Leadership Meeting | transportation, lodging, meals |
| 11. | American Conference Institute | 09/26-09/27/2016 | San Francisco, CA | Wage & Hour Claims & Class Actions Conference | transportation, lodging, meals |
| 12. | American Conference Institute | 11/30-12/01/2016 | Philadelphia, PA | Insurance Coverage & Extra Contractual Disputes Conference | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ▨▨▨▨ BBVA Compass Bank, Houston TX (Y) | | | | | | | | | |
| 2.  BBVA Compass Bank, Houston, TX | A | Interest | M | T | | | | | |
| 3.  Dreyfus Appreciation Fund (FN 1) | B | Dividend | L | T | | | | | |
| 4.  GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | A | Int./Div. | J | T | Buy (add'l) | 05/25/16 | J | | |
| 5.  | | | | | Buy (add'l) | 07/28/16 | J | | |
| 6.  | | | | | Buy (add'l) | 11/23/16 | J | | |
| 7.  | | | | | Sold (part) | 01/08/16 | J | | |
| 8.  | | | | | Sold (part) | 03/22/16 | J | | |
| 9.  IRA #2 | | | | | | | | | |
| 10. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | B | Int./Div. | L | T | Buy (add'l) | 01/11/16 | J | | |
| 11. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 12. | | | | | Buy (add'l) | 05/25/16 | K | | |
| 13. | | | | | Buy (add'l) | 07/28/16 | K | | |
| 14. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 15. | | | | | Sold (part) | 03/22/16 | K | | |
| 16. -NFRA - MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | B | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 17. | | | | | Sold (part) | 02/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NGREX - MFB Northern FDS Global Real Estate Index FD | B | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 19. | | | | | Sold (part) | 02/19/16 | J | | |
| 20. | | | | | Sold (part) | 03/22/16 | J | A | |
| 21. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | D | Interest | M | T | Buy (add'l) | 01/06/16 | J | | |
| 22. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 23. | | | | | Sold (part) | 02/19/16 | J | | |
| 24. | | | | | Sold (part) | 05/20/16 | K | | |
| 25. | | | | | Sold (part) | 07/22/16 | J | | |
| 26. -NOBOX - MFB Northern FDS BD Index FD | B | Interest | L | T | Buy (add'l) | 01/06/16 | J | | |
| 27. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 28. | | | | | Buy (add'l) | 05/20/16 | K | | |
| 29. | | | | | Buy (add'l) | 07/22/16 | K | | |
| 30. | | | | | Sold (part) | 02/19/16 | J | | |
| 31. | | | | | Sold (part) | 11/18/16 | K | | |
| 32. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | B | Dividend | L | T | Buy (add'l) | 01/06/16 | J | | |
| 33. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 34. | | | | | Buy (add'l) | 04/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/22/16 | J | | |
| 36. -NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | K | | | | | | |
| 37. -NOINX - MFB Northern Intl Equity Index FD | D | Dividend | M | T | Buy | 01/06/16 | J | | |
| 38. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 39. | | | | | Sold (part) | 03/22/16 | J | | |
| 40. | | | | | Sold (part) | 07/22/16 | K | | |
| 41. -NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | L | T | Buy | 02/19/16 | J | | |
| 42. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 43. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 44. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 45. | | | | | Sold (part) | 04/22/16 | J | A | |
| 46. | | | | | Sold (part) | 07/22/16 | J | A | |
| 47. -NORXX - MFB Northern Funds Money Market Fund (FN 10) | A | Interest | | | | | | | |
| 48. -NOSIX - MFB Northern FDS STK Index FD | D | Dividend | N | T | Buy (add'l) | 01/06/16 | J | | |
| 49. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 50. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 51. | | | | | Buy (add'l) | 12/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/19/16 | J | B | |
| 53. | | | | | Sold (part) | 04/22/16 | K | D | |
| 54. | | | | | Sold (part) | 07/22/16 | J | A | |
| 55. -NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy (add'l) | 03/22/16 | J | | |
| 56. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 57. | | | | | Sold (part) | 04/22/16 | J | A | |
| 58. | | | | | Sold (part) | 07/22/16 | J | A | |
| 59. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | K | T | Buy (add'l) | 03/24/16 | J | | |
| 60. | | | | | Sold (part) | 02/19/16 | J | | |
| 61. IRA #3 | | | | | | | | | |
| 62. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index F | C | Int./Div. | N | T | Sold (part) | 03/22/16 | L | | |
| 63. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 64. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 65. | | | | | Buy (add'l) | 05/25/16 | L | | |
| 66. | | | | | Buy (add'l) | 07/28/16 | L | | |
| 67. | | | | | Buy (add'l) | 11/23/16 | L | | |
| 68. -NFRA - MFC Flexshares Tr Stock Global Broad Infrastructure Index FD | C | Dividend | M | T | Buy (add'l) | 01/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 70. | | | | | Sold (part) | 02/19/16 | J | | |
| 71. | | | | | Sold (part) | 07/22/16 | J | A | |
| 72. -NGREX - MFB Northern FDS Global Real Estate Index FD | D | Dividend | M | T | Buy (add'l) | 01/12/16 | J | | |
| 73. | | | | | Sold (part) | 02/19/16 | J | | |
| 74. | | | | | Sold (part) | 03/22/16 | J | A | |
| 75. | | | | | Sold (part) | 07/22/16 | J | A | |
| 76. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | E | Interest | N | T | Buy (add'l) | 01/12/16 | J | | |
| 77. | | | | | Buy (add'l) | 03/22/16 | K | | |
| 78. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 79. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 80. | | | | | Sold (part) | 02/19/16 | J | | |
| 81. | | | | | Sold (part) | 05/20/16 | M | | |
| 82. | | | | | Sold (part) | 07/22/16 | K | | |
| 83. -NOBOX - MFB Northern FDS BD Index FD | D | Interest | M | T | Buy (add'l) | 01/12/16 | J | | |
| 84. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 85. | | | | | Buy (add'l) | 05/20/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/22/16 | L | | |
| 87. | | | | | Sold (part) | 02/19/16 | K | A | |
| 88. | | | | | Sold (part) | 11/18/16 | M | | |
| 89. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | D | Dividend | N | T | Buy (add'l) | 01/12/16 | J | | |
| 90. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 91. | | | | | Buy (add'l) | 04/22/16 | L | | |
| 92. | | | | | Sold (part) | 03/22/16 | J | | |
| 93. -NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | L | T | | | | | |
| 94. -NOINX - MFB Northern Intl Equity Index FD | E | Dividend | O | T | Buy (add'l) | 01/12/16 | J | | |
| 95. | | | | | Buy (add'l) | 02/19/16 | K | | |
| 96. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 97. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 98. | | | | | Sold (part) | 03/22/16 | J | | |
| 99. | | | | | Sold (part) | 07/22/16 | L | | |
| 100. -NOMIX - MFB Northern Mid Cap Index FD | B | Dividend | M | T | Buy (add'l) | 03/22/16 | J | | |
| 101. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 102. | | | | | Buy (add'l) | 12/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 01/12/16 | J | | |
| 104. | | | | | Sold (part) | 04/22/16 | K | B | |
| 105. | | | | | Sold (part) | 07/22/16 | J | A | |
| 106. -NORXX - MFB Northern FDS Money Market FD (FN 10) | A | Interest | | | | | | | |
| 107. -NOSIX - MFB Northern FDS STK Index FD | E | Dividend | O | T | Buy (add'l) | 01/12/16 | J | | |
| 108. | | | | | Buy (add'l) | 03/22/16 | K | | |
| 109. | | | | | Buy (add'l) | 11/18/16 | K | | |
| 110. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 111. | | | | | Sold (part) | 02/19/16 | K | B | |
| 112. | | | | | Sold (part) | 04/22/16 | L | D | |
| 113. | | | | | Sold (part) | 07/22/16 | J | B | |
| 114. -NSIDX - MFB Northern FDS Small Cap Index FD | B | Dividend | M | T | Buy (add'l) | 03/22/16 | J | | |
| 115. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 116. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 117. | | | | | Sold (part) | 01/12/16 | J | | |
| 118. | | | | | Sold (part) | 02/19/16 | J | | |
| 119. | | | | | Sold (part) | 04/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/22/16 | J | A | |
| 121. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | L | T | Buy (add'l) | 01/14/16 | J | | |
| 122. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 123. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 124. | | | | | Sold (part) | 02/19/16 | J | | |
| 125. IRA #5 | | | | | | | | | |
| 126. -Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 127. IRA #6 (formerly "Roth IRA #1") | | | | | | | | | |
| 128. -Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 129. -Vanguard Small Cap Index Fund | B | Dividend | M | T | | | | | |
| 130. -Vanguard Treasury Money Market Fund | A | Interest | J | T | | | | | |
| 131. IRA #7 (formerly "SEP IRA #1") | | | | | | | | | |
| 132. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | | | | | |
| 133. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | | | | | |
| 134. -NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | J | T | | | | | |
| 135. -NOINX-Northern Intl Equity Index FD | A | Dividend | J | T | | | | | |
| 136. -NORXX - MFB Northern FDS Money Market FD (FN 10) | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | | | | | |
| 138. -NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | | | | | |
| 139. Kinder Morgan Inc. (common) | A | Dividend | J | T | | | | | |
| 140. Nexus BSP LLC | C | Int./Div. | M | U | | | | | |
| 141. NFRA - MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | J | T | Sold (part) | 01/08/16 | J | | |
| 142. NGREX - MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Sold (part) | 01/06/16 | J | A | |
| 143. NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | Sold (part) | 01/06/16 | K | | |
| 144. | | | | | Sold (part) | 05/20/16 | J | | |
| 145. | | | | | Sold (part) | 07/22/16 | J | | |
| 146. NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | Buy (add'l) | 04/22/16 | J | | |
| 147. | | | | | Sold (part) | 01/06/16 | J | | |
| 148. NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | | None | J | T | | | | | |
| 149. NOINX - MFB Northern Intl Equity Index FD | A | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 150. | | | | | Sold (part) | 01/06/16 | J | | |
| 151. | | | | | Sold (part) | 07/22/16 | J | | |
| 152. NOITX - MFB Northern FDS Inter Tax Exempt FD | A | Interest | K | T | Buy (add'l) | 03/22/16 | J | | |
| 153. | | | | | Buy (add'l) | 05/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 155. | | | | | Sold (part) | 01/06/16 | K | A | |
| 156. | | | | | Sold (part) | 02/19/16 | J | A | |
| 157. | | | | | Sold (part) | 11/18/16 | J | | |
| 158. NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | J | T | Sold (part) | 01/06/16 | J | A | |
| 159. NOMXX - MFB Northern Funds Mun Money Mkt (FN 10) | A | Interest | | | | | | | |
| 160. NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | Buy (add'l) | 03/22/16 | J | | |
| 161. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 162. | | | | | Sold (part) | 01/06/16 | K | C | |
| 163. | | | | | Sold (part) | 04/22/16 | J | A | |
| 164. NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | Sold (part) | 01/06/16 | J | A | |
| 165. St. Clair, Patricia & Kellee (FN 2) | | None | J | T | | | | | |
| 166. TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | J | T | Sold (part) | 01/08/16 | J | | |
| 167. TPG Partners V, L.P. (FN 3) | D | Int./Div. | K | U | | | | | |
| 168. V&E 401(K) (FN 4) | | | | T | | | | | |
| 169. -V&E 401(K) Goldman Sachs Actively Managed Bond Fund (FN 4) | | None | M | T | Sold (part) | 03/23/16 | K | | |
| 170. | | | | | Buy (add'l) | 04/20/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/20/16 | K | | |
| 172. | | | | | Sold (part) | 07/23/16 | J | | |
| 173. -V&E 401(K) State Street Global AllCap Eq Ex-US Ind NL Ser CI K (FN 4) | | | O | T | Buy | 01/04/16 | O | | |
| 174. | | | | | Buy (add'l) | 03/23/16 | J | | |
| 175. | | | | | Sold (part) | 04/20/16 | J | | |
| 176. | | | | | Buy (add'l) | 07/20/16 | K | | |
| 177. | | | | | Sold (part) | 10/20/16 | J | | |
| 178. -V&E 401(K) State Street Russell Small/ Mid/Cap Ind NL Ser CI K (FN 4) | | | N | T | Buy | 01/04/16 | N | | |
| 179. | | | | | Sold (part) | 07/20/16 | K | | |
| 180. -V&E 401(K) State Street S&P500 Ind NL Ser K (FN 4) | | | O | T | Buy | 01/04/16 | O | | |
| 181. | | | | | Sold (part) | 10/19/16 | K | | |
| 182. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 183. -V&E 401(K) State Street US Bd Ind NL Ser CI K (FN 4) | | | K | T | Buy | 03/23/16 | J | | |
| 184. | | | | | Sold (part) | 04/20/16 | J | | |
| 185. | | | | | Buy (add'l) | 10/19/16 | K | | |
| 186. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 187. -V&E 401(K) State Street US InfProt Bd Ind NL CI C (FN 4) | | | N | T | Buy | 01/04/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/23/16 | J | | |
| 189. | | | | | Sold (part) | 04/10/16 | J | | |
| 190. | | | | | Buy (add'l) | 07/20/16 | K | | |
| 191. | | | | | Sold (part) | 11/23/16 | J | | |
| 192. -V&E 401(K) Actively-Managed Bond Fund (Y) | | | | | | | | | |
| 193. VFF II FAF L.P. (FN 5) | A | Int./Div. | N | U | | | | | |
| 194. Wegoma Berkshire VII, LLC (FN 6) | D | Int./Div. | K | U | | | | | |
| 195. TRUST 1 | | | | | | | | | |
| 196. --Dreyfus Appreciation Fund | D | Dividend | O | T | | | | | |
| 197. TRUST 4 (FN 7) | | | | | | | | | |
| 198. -BBVA Compass Bank, Houston, TX Acct. #6 | | None | J | T | | | | | |
| 199. -Pacific Life Ins. (variable life) (H) (FN7) | | | N | T | | | | | |
| 200. --Batterymarch Fin. Mgemt. Inc. Int'l Small Cap | | | | T | | | | | |
| 201. --BlackRock - Equity Index (formerly "Equity Index-BlackRock") | | | L | T | | | | | |
| 202. --ClearBridge Invs. LLC Var Mid Cap Core CL II | | | K | T | | | | | |
| 203. --Fidelity VIP Govt Money Market SC (formrly "Fidelity VIP Money Marke | | | J | T | | | | | |
| 204. --Franklin and BlackRock Small-Cap Equity | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --MFS Inv Mgemt. Int'l Large-Cap | | | L | T | | | | | |
| 206. --Morgan Stanley Real Estate | | | J | T | | | | | |
| 207. --Oppenheimer Funds Inc. Emerging Markets | | | K | T | | | | | |
| 208. --Pacific Asset Mgemt High Yield Bond | | | K | T | | | | | |
| 209. --PIMCO Inflation Managed | | | J | T | | | | | |
| 210. --PIMCO Managed Bond | | | K | T | | | | | |
| 211. --QS Investors Int'l Small Cap (FN 8) | | | J | T | | | | | |
| 212. --T Rowe Price Dividend Growth Portfolio | | | L | T | | | | | |
| 213. --Van Eck Worldwide Ins. Trust VIP Global Hard Assets | | | K | T | | | | | |
| 214. TRUST 5 | | | | | | | | | |
| 215. -American General Life Ins. Co. (universal life) | | None | | | Redeemed | 02/09/16 | O | | |
| 216. -BBVA Compass Bank, Houston, TX Acct #7 | | None | J | T | Open | 02/09/16 | O | | |
| 217. -Lincoln National Life Ins. Co. (universal life) | A | Interest | | | Redeemed | 02/18/16 | N | | |
| 218. -Vanguard 500 Index Fd (formerly Vanguard Index Trust 500 Port) (FN 9) | | None | | | Sold | 03/03/16 | K | | |
| 219. TRUST 6 | | | | | | | | | |
| 220. -Baltimore Cnty MD 4% 08-01-2020 BEO | B | Interest | K | T | | | | | |
| 221. -Carroll Cnty MD 5% 11-01-2021 BEO | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Denver COLO City & Cnty Sch Dist No 1 5% 12-01-2021 BEO | B | Interest | K | T | | | | | |
| 223. -Fairfax Cnty VA 5% 04-01-2020 BEO (X) 07-1-2026 BEO | B | Interest | K | T | | | | | |
| 224. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index (X) | A | Int./Div. | K | T | | | | | |
| 225. -Kansas St Dev Fin Auth Rev 5% 02-01-2021 BEO | B | Interest | K | T | | | | | |
| 226. -Massachusetts St. 4% 08-01-2019 BEO | C | Interest | L | T | | | | | |
| 227. -Minnesota St 5% 10-01-2020 BEO | B | Interest | K | T | | | | | |
| 228. -New York NY City Transitional Fin Auth Rev 5% 05-01-2028 BEO | B | Interest | K | T | | | | | |
| 229. -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | K | T | | | | | |
| 230. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD (FN 12) | B | Dividend | M | T | | | | | |
| 231. -NOGXX: MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | K | T | | | | | |
| 232. -NOINX: MFB Northern Intl Equity Index FD | D | Dividend | M | T | | | | | |
| 233. -NOMXX: MFB Northern Funds Mun Money Mkt Fund (FN 10) | A | Interest | | T | | | | | |
| 234. -North Kansas City MO Sch Dist No 74 5% 03-01-2019 BEO | C | Interest | L | T | | | | | |
| 235. -NOSIX: MFB Northern FDS STK Index Fd | C | Dividend | M | T | Buy (add'l) | 12/16/16 | J | | |
| 236. -Pennsylvania St 5% 05-01-2020 BEO | C | Interest | L | T | | | | | |
| 237. -Phoenix Ariz Civic Impt Corp Tran Excise Tax Rev 5% 07-1-2019 BEO | B | Interest | K | T | | | | | |
| 238. -Real Property, Travis Cty, TX | A | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | K | T | | | | | |
| 240. TRUST 7 | | | | | | | | | |
| 241. -GUNR: MFC Flexshares TR Mrnngstr Global Upstrm Nat Res Index FD | A | Int./Div. | K | T | | | | | |
| 242. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrstrcture Index FD | B | Dividend | K | T | | | | | |
| 243. -NGREX: MFB Northern FDS Global Real Estate Index FD | C | Dividend | L | T | | | | | |
| 244. -NHFIX: MFB Northn Hi Yield Fxd Inc FD | D | Interest | | T | Sold (part) | 12/14/16 | L | | |
| 245. -NMHYX: MFB Northern FundsMulti Manager High Yield Opportunity Fund | A | Dividend | L | T | Buy | 12/14/16 | L | | |
| 246. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD (X) | B | Dividend | L | T | | | | | |
| 247. NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD (Y) | | | | | | | | | |
| 248. -NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | K | T | | | | | |
| 249. -NOINX: MFB Northn Intl Eqty Index FD | D | Dividend | M | T | | | | | |
| 250. -NOMIX: MFB Northn Mid Cap Index FD | B | Dividend | M | T | Buy | 12/16/16 | J | | |
| 251. -NOMXX: MFB Northern FDS Mun Money Mkt FD (FN 10) | A | Interest | | | | | | | |
| 252. -NOSIX: MFB Northern FDS Stk Index FD | D | Dividend | N | T | Buy | 12/16/16 | J | | |
| 253. -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | L | T | Buy | 12/16/16 | J | | |
| 254. -Real Property, Travis Cty, TX | A | Rent | N | W | | | | | |
| 255. TRUST 8 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -BBVA Compass Bank, Houston, TX Acct. #8 | | None | | | Open | 04/13/16 | O | | |
| 257. | | | | | Closed | 07/15/16 | O | | |
| 258. -GUNR: MFC Flexshres TR Morningstar Global Upstream Nat Res Index FD | A | Int./Div. | K | T | Buy | 09/06/16 | J | | |
| 259. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 260. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 261. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | K | T | Buy | 09/06/16 | J | | |
| 262. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 263. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 264. -NGREX: MFB Northern FDS Global Real Estate Index FD | A | Dividend | K | T | Buy | 09/01/16 | J | | |
| 265. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 266. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 267. -NHFIX: MFB Northn Hi Yield Fxd Inc FD | A | Interest | L | T | Buy | 11/22/16 | J | | |
| 268. | | | | | Buy (add'l) | 09/01/16 | K | | |
| 269. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 270. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 271. -NOEMX: MFB Northn Fds Emerging Mkts Eqty Eqty Index FD | A | Dividend | K | T | Buy | 11/22/16 | J | | |
| 272. | | | | | Buy (add'l) | 09/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 274. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 275. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | M | T | Buy | 07/21/16 | O | | |
| 276. -NOINX: MFB Northn Intl Eqty Index FD | B | Dividend | K | T | Buy | 09/01/16 | J | | |
| 277. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 278. | | | | | Buy (add'l) | 08/11/16 | K | | |
| 279. -NOITX: MFB Northern Funds Inter Tax Exempt FD | C | Interest | N | T | Buy | 12/16/16 | J | | |
| 280. | | | | | Buy (add'l) | 09/01/16 | K | | |
| 281. | | | | | Buy (add'l) | 10/04/16 | L | | |
| 282. | | | | | Buy (add'l) | 08/11/16 | L | | |
| 283. | | | | | Buy (add'l) | 11/14/16 | K | | |
| 284. -NOMIX: MFB Northn Mid Cap Index FD | A | Dividend | K | T | Buy | 11/22/16 | J | | |
| 285. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 286. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 287. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 288. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 289. -NOSIX: MFB Northern FDS Stk Index FD | A | Dividend | M | T | Buy | 11/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 291. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 292. | | | | | Buy (add'l) | 08/11/16 | K | | |
| 293. -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy | 12/16/16 | J | | |
| 294. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 295. | | | | | Buy (add'l) | 10/04/16 | K | | |
| 296. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 297. -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | J | T | Buy | 09/06/16 | J | | |
| 298. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 299. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 300. -Vanguard 500 Index Fund (FN 9) | B | Dividend | L | T | | | | | |
| 301. TRUST 9 (FN 11) | | | | | | | | | |
| 302. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | A | Dividend | K | T | | | | | |
| 303. -NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | L | T | | | | | |
| 304. -NOINX: MFB Northern Intl Equity Index FD | B | Dividend | L | T | | | | | |
| 305. -NOMXX: MFB Northern FDS Mun Money Mkt FD (FN 10) | A | Interest | | T | | | | | |
| 306. -NOSIX: MFB Northern FDS STK Index FD | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -TDTT: MFC Flexshares Tr Tr Iboxx 3 yr Target Duration Tips Index FD | A | Interest | K | T | | | | | |
| 308. -Belmore-Merrick NY Cent High Sch Dist 2% 07-15-2024 BEO | | Interest | K | T | Buy | 07/21/16 | K | | |
| 309. -Connecticut St 5% 10-15-2020 BEO | B | Interest | K | T | | | | | |
| 310. -District Columbia Income Tax Rev 5% 12-01-2019 BEO | B | Interest | K | T | | | | | |
| 311. -Florida St Brd Ed Lottery Rev 5.25% 07-01-2026 BEO | C | Interest | L | T | | | | | |
| 312. -Florida St Brd Ed Pub Ed 4% 06-01-2023 BEO | B | Interest | L | T | | | | | |
| 313. -Kansas St Dev Auth Rev 5% 02-01-2021 BEO | B | Interest | L | T | | | | | |
| 314. -Maryland St 5% 08-01-2020 BEO | B | Interest | K | T | | | | | |
| 315. -Massachusetts St 5% 07-01-2023 BEO | | Interest | K | T | Buy | 07/07/16 | K | | |
| 316. -Metro Wastewtr Reclamation Dist Colo Swrrev 5% 04-01-2020 BEO | B | Interest | K | T | | | | | |
| 317. -Metropolitn Council Min Minneapolis-StPaul Met Area 5% 03-01-2022 BEO | B | Interest | K | T | | | | | |
| 318. -Minnesota St 5% 10-01-2020 BEO | B | Interest | K | T | | | | | |
| 319. -Missouri St Environmntal Impt & Energy Unrefunded 5.0% Due 01-01-2020 | B | Interest | K | T | | | | | |
| 320. -NY NY City Transtnl Fin Auth Rev 5% 5-1-2028 BEO Prerefunded 5-1-2018 | A | Interest | | | Sold | 07/01/16 | K | A | |
| 321. -NY NY City Transtnl Fin Auth Rev 5% Due 5-01-2028 BEO | A | Interest | J | T | | | | | |
| 322. -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | K | T | | | | | |
| 323. -NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 325. -Phoenix Ariz 4% Due 07-01-2024 BEO | A | Interest | K | T | | | | | |
| 326. -San Francisco Ca City & Cnty Pub Utls Commn Wtr Rev 5% Due 11-01-2027 | B | Interest | K | T | Buy | 10/20/16 | K | | |
| 327. | | | | | Buy | 10/26/16 | K | | |
| 328. -Texas Transn Commn St Hwy FD Rev 3% Due 10-01-2021 BEO | | None | K | T | Buy | 10/26/16 | K | A | |
| 329. -Triborough Brdg & Tunl Auth NY Revs 5% 11-15-2021 BEO | B | Interest | K | T | | | | | |
| 330. -Tucson Ariz 3% 07-01-2021 BEO | A | Interest | K | T | | | | | |
| 331. -Washington St 5% Due 07-01-2024 BEO | A | Interest | K | T | Buy | 02/16/16 | K | | |
| 332. -Washington St 5% Due 08-01-2021 BEO | | Interest | K | T | Buy | 07/14/16 | K | | |
| 333. -Baltimore Cnty MD 4% Due 08-01-2020 BEO | A | Interest | | | Sold | 01/14/16 | K | A | |
| 334. -California St Dept Wtr Res Pwr Supply Rev 5.0% Due 05-01-2022 BEO | B | Interest | | | Sold | 10/13/16 | K | A | |
| 335. -NOMXX: MFB Northern FDS Mun Money Mkt FD (FN 10) | A | Interest | | | | | | | |
| 336. -North Kansas City MO Sch Dist No 74 5% Due 03-01-2019 BEO | B | Interest | | | Sold | 07/01/16 | L | B | |
| 337. TRUST 10 (FN 11) | | | | | | | | | |
| 338. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | B | Int./Div. | M | T | Buy | 03/02/16 | J | | |
| 339. | | | | | Buy (add'l) | 05/25/16 | M | | |
| 340. | | | | | Buy (add'l) | 07/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 342. | | | | | Buy (add'l) | 01/25/16 | L | | |
| 343. | | | | | Sold (part) | 03/22/16 | K | D | |
| 344. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | B | Dividend | K | T | Buy | 03/24/16 | J | | |
| 345. | | | | | Sold (part) | 02/19/16 | J | | |
| 346. | | | | | Sold (part) | 11/22/16 | J | | |
| 347. -NGREX: MFB Northern FDS Global Real Estate Index FD | B | Dividend | K | T | Sold (part) | 02/19/16 | J | | |
| 348. | | | | | Sold (part) | 11/18/16 | J | | |
| 349. -NHFIX: MFB Northn Hi Yield Fxd Inc FD | D | Interest | | | Buy | 03/22/16 | J | | |
| 350. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 351. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 352. | | | | | Sold (part) | 02/19/16 | J | | |
| 353. | | | | | Sold | 12/14/16 | M | | |
| 354. -NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity Fund | A | Dividend | M | T | Buy | 12/14/16 | M | | |
| 355. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | | None | | | Buy | 02/19/16 | J | | |
| 356. | | | | | Buy (add'l) | 04/22/16 | K | | |
| 357. | | | | | Sold (part) | 03/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 07/22/16 | J | | |
| 359. | | | | | Sold | 12/14/16 | M | | |
| 360. -NOGXX - MFB Northern US Govt Money Market FDS (FN 10) | A | Interest | L | T | | | | | |
| 361. -NOINX: MFB Northern Intl Equity Index FD | D | Dividend | N | T | Buy | 02/19/16 | J | | |
| 362. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 363. | | | | | Sold (part) | 03/22/16 | J | | |
| 364. | | | | | Sold (part) | 07/22/16 | J | | |
| 365. | | | | | Sold (part) | 11/18/16 | J | | |
| 366. -NOMIX: MFB Northn Mid Cap Index FD | A | Dividend | L | T | Buy | 03/22/16 | J | | |
| 367. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 368. | | | | | Sold (part) | 04/22/16 | J | | |
| 369. | | | | | Sold (part) | 05/20/16 | J | A | |
| 370. | | | | | Sold (part) | 07/22/16 | J | A | |
| 371. | | | | | Sold (part) | 01/21/16 | J | | |
| 372. -NOMXX: MFB Northern FDS Mun Money Mkt FD (FN 10) | A | Interest | | | | | | | |
| 373. -NOSIX: MFB Northern FDS STK Index FD | D | Dividend | N | T | Buy | 03/22/16 | K | | |
| 374. | | | | | Buy (add'l) | 11/18/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 376. | | | | | Sold (part) | 02/19/16 | J | | |
| 377. | | | | | Sold (part) | 04/22/16 | K | A | |
| 378. | | | | | Sold (part) | 05/20/16 | K | C | |
| 379. | | | | | Sold (part) | 07/22/16 | J | A | |
| 380. -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy | 11/18/16 | J | | |
| 381. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 382. | | | | | Sold (part) | 02/19/16 | J | | |
| 383. | | | | | Sold (part) | 04/22/16 | J | | |
| 384. | | | | | Sold (part) | 07/22/16 | J | A | |
| 385. -PCRIX: MFO PIMCO Fds Pac Invt Mgmt Ser Commodity RealReturn Stratgy | | None | | | Sold | 01/21/16 | L | | |
| 386. -VWO: MFC Vanguard FTSE Emerging Mkts ETF | A | Dividend | M | T | Buy | 12/16/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I Notes:

(1) Neither I nor [redacted] has a beneficial interest in Trust 2 or Trust 3. Nor did we create either trust.

Section V Notes:

(1) A few times each year, friends invite [redacted] me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, [redacted] has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of either their invitation to attend the event or the event at which we sat at their table.

Section VII Notes:

(1) Every year in late March and late December, the income from the Dreyfus Appreciation Fund in Trust 1 is automatically swept into and invested in the Dreyfus Appreciation Fund held in my personal account.

(2) A loan was made on the date listed in column D(2).

(3) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. There were no capital calls this year.

(4) Although [redacted] the employ of his employer in 2006, he continues to participate in the employer's Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during [redacted] employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The investment manager of the Plan from Jan. 1 to Dec. 31, 2015, was Advised Assets Group, LLC with Empower Retirement as the recordkeeper. At the end of Dec. 31, 2015, the recordkeeper became Vanguard Professional Investment Management Services, which provided professional management services. M[redacted] has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the limited discretion to choose any of a number of funds that are available. These funds are managed by outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends, or the amount of capital gains on sale of shares in the fund. Both the previous and the current recordkeepers informed [redacted] that they cannot provide this information or the income for the year.

(5) Vista Equity Partners' VFF II FAF, L.P. is a private equity fund. In response to periodic capital calls, we invested an amount within category J on 3/23/16, 4/13/16, and 7/5/16; and category K on 7/15/16.

(6) Wegoma Berkshire VII, L.P. is a private equity fund. There were no capital calls this year. I have not yet received this year's K-1, so I listed in columns B(1) and C(1) the same codes I reported last year, since I have no basis for reporting different results.

(7) All the assets in Trust 4 except BBVA Compass Bank are investments funded by the cash value of the Pacific Life Insurance Co. life insurance policy (listed on line 199). Assets in lines 200-213 are part of that life insurance policy. Pacific Life informed [redacted] that it cannot provide the income for any year. Company representatives explained that because I hold an interest in funds in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, according to the company, under applicable government regulations an insurance policy is considered an asset, not an investment.

(8) I have been unable to obtain information on the date that cash in my Pacific Life policy was invested in QS Investors Int'l Small Cap Fund. The periodic statements I receive reflect this fund for the first time in May 2016. I could not find the value of the original purchase.

(9) On 3/3/16, ownership of this asset (Vanguard 500 Index Fund), which at the time had a value of K, was transferred from Trust 6 to Trust 8.

(10) As a result of legislation that changed the valuation method and accessibility of cash held in non-government money market funds, on September 27, 2016 our investment adviser exited NOMXX and NORXX in favor of NOGXX. There were no purchases or sales, just swaps from one cash vehicle to another with no effect on asset value.

(11) Assets in Trust 9 (listed on lines 302-336) and Trust 10 (listed on lines 338-386) were inadvertently omitted from prior reports.

(12) NOEMX was sold in full on 12/31/15 but was inadvertently listed on the 2015 report as a partial sale. NMMEX was purchased on 12/31/15 for a value of L but was inadvertently omitted from last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544